UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RAYMOND BALL,

             Petitioner,                    **NOTICE OF APPEARANCE**

       - against -                      No. 19 Civ. 5310 (RRM)(LB)

ANGELENE STEVENSON,

             Respondent.
-------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned appears on behalf of respondent. All papers are to be served upon counsel at the address indicated below.

Dated:    New York, New York
            October 25, 2019

                                                <u>/s/ Matthew B. Keller</u>
                                                MATTHEW B. KELLER
                                                Assistant Attorney General
                                                28 Liberty Street
                                                New York, New York 10005
                                                (212) 416-6072

**DECLARATION OF SERVICE**

MATTHEW B. KELLER, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that I am over eighteen years of age and an Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York, attorney for the Respondent herein. On October 25, 2019, I served by U.S. Postal Service first-class/priority mail one (1) copy of the accompanying Notice of Appearance upon the following named person(s):

>Mr. Raymond Ball
>15A1060
>Otisville Correctional Facility
>PO Box 8
>Otisville, New York 10963

>/s/ Matthew B. Keller
>MATTHEW B. KELLER
>Assistant Attorney General
>28 Liberty Street
>New York, New York 10005
>(212) 416-6072

Executed on October 25, 2019.