UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAYMOND BALL,

                    Petitioner,

          - against -                    19 Civ. 5310 (RRM)(LB)

ANGELENE STEVENSON,

                    Respondent.
------------------------------------------------------------x

## DECLARATION OF SERVICE

      MATTHEW B. KELLER, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on November 14, 2019, he served an updated copy of the docket sheet reflecting the Court's November 14, 2019, Order granting respondent's first request for an extension of time to answer by causing same to be mailed via the United States Postal Service to petitioner at the following address:

           Mr. Raymond Ball
           15A1060
           Otisville Correctional Facility
           PO Box 8
           Otisville, New York 10963

           /s/ Matthew B. Keller
           MATTHEW B. KELLER
           Assistant Attorney General
           28 Liberty Street
           New York, New York 10005
           *Matthew.Keller@ag.ny.gov*
           (212) 416-6072

Executed on November 14, 2019.

## U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:19-cv-05310-RRM-LB

Ball v. Stevenson
Assigned to: Judge Roslynn R. Mauskopf
Referred to: Magistrate Judge Lois Bloom
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/13/2019
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Raymond Ball**  represented by  **Raymond Ball**
15A1060
Otisville Correctional Facility
PO Box 8
Otisville, NY 10963
*PRO SE*

V.

**Respondent**

**Angelene Stevenson**  represented by  **NEW YORK STATE ATTORNEY GENERALS OFFICE - GENERIC**
New York State Attorney Generals Office
Email: alyson.gill@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**QUEENS COUNTY DISTRICT ATTORNEYS OFFICE - GENERIC**
Email: jmcastellano@queensda.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew B. Keller**
NYS Office of the Attorney General
28 Liberty Street
14th floor
New York, NY 10005
(212)416-6072
Fax: (212)416-8010
Email: matthew.keller@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2019 | 1 | PETITION for Writ of Habeas Corpus , filed by Raymond Ball. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 09/19/2019) |
| 09/13/2019 | 2 | MOTION for Leave to Proceed in forma pauperis by Raymond Ball. (Bowens, Priscilla) |

| | | |
|---|---|---|
| | | (Entered: 09/19/2019) |
| 09/18/2019 | 4 | ORDER TO SHOW CAUSE re 1 Petition for Writ of Habeas Corpus filed by Raymond Ball. The Attorney General of the State of New York or the District Attorney of Queens County, as attorney for Respondent, shall show cause before this Court, by the filing of a return to the petition, why a writ of habeas corpus should not be issued. Within sixty (60) days of receipt of this Order to Show Cause, Respondent shall serve a copy of the return on Petitioner herein and file the original thereof with the Court, together with proof of service. Respondent shall electronically file the State Court Record. Petitioner, within twenty-one (21) days of receipt of a copy of the return, shall file his or her reply, if any, with the Court. So Ordered by Judge Roslynn R. Mauskopf on 9/18/2019. (c/m Electronic service of OTSC with 1 Petition served upon Queens County DA and NYS Attorney General on 9/20/2019) (Almonte, Giselle) (Entered: 09/20/2019) |
| 09/19/2019 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 09/19/2019) |
| 10/25/2019 | 5 | NOTICE of Appearance by Matthew B. Keller on behalf of Angelene Stevenson (aty to be noticed) (Keller, Matthew) (Entered: 10/25/2019) |
| 11/13/2019 | 6 | MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus by Angelene Stevenson. (Keller, Matthew) (Entered: 11/13/2019) |
| 11/14/2019 | | ORDER: Respondent's motion for an extension of time, 6, is granted. As set forth in the Court's September 18, 2019, Order, 4, respondent shall file a return to the petition on or before December 16, 2019. Respondent is further directed to mail a copy of this Order to the pro se petitioner, and to file a declaration of service on the docket. Ordered by Judge Roslynn R. Mauskopf on 11/14/2019. (Salvaggio, Kathryn) (Entered: 11/14/2019) |