UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAYMOND BALL,

                Petitioner,        No. 19 Civ. 5310 (RRM)(LB)

      v.

ANGELENE STEVENSON,

               Respondent.

# STATE COURT RECORD

|  |  |
|---|---|
| | LETITIA JAMES |
| | *Attorney General* |
| | *State of New York* |
| | Attorney for Respondent |
| | 28 Liberty Street |
| LISA E. FLEISHCMANN | New York, New York 10005 |
| MATTHEW B. KELLER | (212) 416-6072 |
| *Assistant Attorneys General* | |
| *of Counsel* | Dated: December 13, 2019 |

## TABLE OF CONTENTS

Petitioner's counseled brief to the Appellate Division,
    Second Department, dated Aug. 2016 .................................................... SR001

People's opposition brief in the Appellate Division, dated Oct. 14, 2016 ......... SR041

Petitioner's pro se supplemental brief to the Appellate Division,
    dated Apr. 27, 2017 ................................................................................ SR105

People's opposition to the pro se brief, dated Jun. 27, 2017 ............................. SR162

The Appellate Division's Decision and Order affirming,
    dated Jun. 6, 2018 .................................................................................. SR185

Petitioner's counseled leave application to the New York Court of Appeals,
    dated Jun. 10, 2018 ................................................................................ SR187

People's opposition to leave, dated Aug. 17, 2018 ........................................... SR192

The Court of Appeals' order dated Sep. 13, 2018, denying leave ..................... SR195