Hon. Lois Bloom
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN N.Y. 11201

RAYMOND BALL - 15A1060
OTISVILLE CORRECTIONAL FACILITY
OTISVILLE, NEW YORK 10963

NO. 19 CIV. 5310 (RRM)(LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 23 2019 ★
BROOKLYN OFFICE

RECEIVED
DEC 23 2019
PRO SE OFFICE

On 12/17/2019 I received the "Answer" from Assistant Attorney General Matthew B. Keller, in response to my Habeas Corpus application with accompanying affidavit.

I hereby request permission for an extention of 90 days to submit a pro se memorandum of law brief in response to Assistant Attorney General's opposition brief.

RAYMOND BALL
Raymond Ball

**OTISVILLE CORRECTIONAL FACILITY**
P.O. BOX 8
OTISVILLE, NEW YORK 10963

NAME: Ball Raymond  DIN: 15040060

RECEIVED 2019 PRO SE OFFICE

LEGAL MAIL

Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

ZIP 10963

Printed on Recycled Paper

**NEW YORK STATE**
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
**OFFENDER CORRESPONDENCE PROGRAM**

NAME: Bally Raymond   DIN: 15A1060