UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAYMOND BALL,                                                                 JUDGMENT

                        Petitioner,                                    19-cv-5310 (ERK)

ANGELENE STEVENSON,

                        Respondent.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on January 8, 2021, denying the petition for relief pursuant to 28 U.S.C. § 2254; and denying the issuance of a certificate of appealability; it is

       ORDERED and ADJUDGED that the petition for relief pursuant to 28 U.S.C. § 2254 is denied; and that no certificate of appealability shall issue.

Dated: Brooklyn, New York                              Douglas C. Palmer
       January 12, 2021                                   Clerk of Court

                                                     By:    */s/Jalitza Poveda*
                                                             Deputy Clerk