FORM 1

NOTICE OF APPEAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 27 2021 ★

BROOKLYN OFFICE

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

RAYMOND BALL, PETITIONER,

V.

ANGELENE STEVENSON, RESPONDENT

NOTICE OF APPEAL

19-cv-5310(ERK)
Docket No.

Notice is hereby given that __RAYMOND BALL__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) THE CONVICTION WAS CONFIRMED BASED ON THE RECORD REFUTES PETIONERS FACTUAL ALLEGATIONS

entered in this action on the 20 day of JANUARY, 2021.

_Raymond Ball_
Signature

RAYMOND BALL
Printed Name

OTISVILLE CORRECTIONAL FACILITY
Address
P.O. BOX 8
OTISVILLE, NEW YORK 10963

( )
Telephone No. (with area code)

RECEIVED
JAN 27 2021
PRO SE OFFICE

Date: JANUARY 20, 2021

Raymond Ball - 15A1060
Otisville Correctional Facility
P.O. Box 8
Otisville, New York 10963

USMS

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Otisville Correctional Facility
01/21/2021 NEOPOST
US POSTAGE $000.95⁰
ZIP 10963
041M11459157


FOREVER USA