FORM 3
COMBINED NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

RAYMOND BALL, PETITIONER

V.

ANGELENE STEVENSON, RESPONDENT

NOTICE OF APPEAL AND
MOTION FOR EXTENSION OF TIME

19-cv-5310(ERK)
Docket No.

1. Notice is hereby given that RAYMOND BALL hereby appeals
   (party)
to the United States Court of Appeals for the Second Circuit from the decision entered in this action
on 1-20-2021. (Describe it). THE CONVICTION WAS CONFIRMED BASED
   (date)    ON THE RECORD REFUTES PETIONERS FACTUAL ALLEGATIONS
2. In the event that this form was not received in the Clerk's Office within the required time

RAYMOND BALL respectfully requests the court to grant an extension of time in
(party)
accordance with FRAP 4(a)(5) for the following reasons which constitute "excusable neglect" or
"good cause" (state reasons):

I AM STILL INCARCERATED AND MY SITUATION HAS NOT CHANGED. I AM

DO TO BE RELEASED SOON AND DO TO THE COVID_19 WILL FACE MORE DIFFICALTIES.

a. In further support of this request, RAYMOND BALL states that this
   (party)
Court's decision was received on JANUARY 19, 2021 and that this form was mailed to the
   (date)
court on 1-20-2021.
   (date)

Raymond Ball
Signature

Printed Name
RAYMOND BALL
Address

OTISVILLE CORRECTION FACILITY

( )
Telephone No. (with area code)


RECEIVED JAN 27 2021 PRO SE OFFICE