FORM 2

## NOTICE OF MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
__EASTERN__ DISTRICT OF __NEW YORK__

| | |
|---|---|
| RAYMOND BALL, PETIONER<br><br>v.<br><br>ANGELENE STEVENSON, RESPONDENT | NOTICE OF MOTION FOR<br>EXTENSION OF TIME<br><br>__19-cv-5310__<br>Docket No. |

Pursuant to FRAP 4(a)(5), __RAYMOND BALL__ respectfully
                                    (party)
requests leave to file the within notice of appeal out of time. __RAYMOND BALL__
                                                                      (party)
desires to appeal the decision in this action on __1-20-2021__, but failed to file
                                                    (date)
a notice of appeal within the required number of days because: [Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

_/s/ Raymond Ball_
Signature

RAYMOND BALL
Printed Name

OTISVILLE CORRECTION FACILITY
Address
P.O. BOX 8
OTISVILLE, NEW YORK 10963

(   )
Telephone No. (with area code)

[RECEIVED JAN 27 2021 PRO SE OFFICE]

Date: __1-20-2021__