UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------
RAYMOND BALL,

                Petitioner,        **MOTION FOR APPOINTMENT OF COUNSEL**

      v.                                Docket No. 19-CV-5310 (ERK)

ANGELENE STEVENSON,

                Respondent.
----------------------------------------------

    I, RAYMOND BALL, declare under penalty of perjury pursuant to title 28 U.S.C. § 1746 that:

1.    I am the Peitioner in the above captioned matter, and hereby request this Court to appoint counsel on this appeal. On January 12, 2021, the Honorable Edward R. Korman, United States Judge for the Eastern District of New York Judgment denied Petitioner relief pursuant to 28 U.S.C. § 2254; and denying the issuance of a Certificate of Appealability.

2.    I am unable to retain an attorney to represent me because I do not have the funds to do so.

3.    I have applied for leave to proceed *in forma pauperis*. My motion to proceed as a poor person is being filed along with this application.

    WHEREFORE, Petitioner asks this Court to appoint an attorney for representation in this action.

Date:    Otisville, New York
             January 20, 2021

                                                                 Respectfully submitted,

                                                                 Raymond Ball, #15A1060

[RECEIVED JAN 27 2021 PRO SE OFFICE]