Case 1:19-cv-05310-ERK-LB  Document 16  Filed 02/11/21  Page 1 of 2 PageID #: 1373

Received by the Pro Se Office
2/11/2021-KC

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 11 2021 ★

BROOKLYN OFFICE
COURT OF APPEALS

RE - ADDRESS CHANGE
CASE NAME - Ball v Stenson
CASE NUMBER - 1:19-CV-05310-RRM-LB

This letter is to notify the District Court of the Eastern Division that I Raymond Ball is no longer incarcerated at Ottesville Correctional Facility P.O. Box 8 Ottesville New York 10963

I am presently at a transitional shelter located at 201 East 24th St Room #408 10010

Please forward any information concerning my case here, and I will continue to update you on any additional address changes in the future.

Thank you
Raymond Ball
2/4/2021

Raymond Ball
301 EAST 24TH STREET
N.Y., NEW YORK 10010

NEW YORK NY 100
5 FEB 2021 PM 14 L

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

USMS