**Orders on Motions**

1:19-cv-05310-ERK-LB Ball v. Stevenson **CASE CLOSED on 01/12/2021**

APPEAL,HABEAS,IFP,PROSE



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 25 2021 ★
BROOKLYN OFFICE

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/3/2021 at 11:02 AM EST and filed on 2/3/2021
**Case Name:** Ball v. Stevenson
**Case Number:** 1:19-cv-05310-ERK-LB
**Filer:**
**WARNING: CASE CLOSED on 01/12/2021**
**Document Number:** No document attached

Docket Text:
ORDER denying [15]. Petitioner's motion for leave to proceed in forma pauperis is denied without prejudice to his ability to seek leave from the court of appeals. Petitioner was previously granted leave to proceed in forma pauperis in this court. See [12]. Petitioner's motion for extension of time to file a notice of appeal is denied as moot. Petitioner timely filed his notice of appeal. See [14]. Petitioner's motion for appointment of counsel is denied without prejudice to his ability to seek such an appointment from the court of appeals. Ordered by Judge Edward R. Korman on 2/3/2021. (Adams, Casey)



RECEIVED FEB 25 2021 PRO SE OFFICE

**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS

FORWARD TO

Raymond Ball
52-09 99th St
Corona, NY 11368

NIXIE   061   SE 1        0202/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD




neopost
02/05/2021
US POSTAGE $001.20°
ZIP 11201
041M11271726
FIRST-CLASS MAIL